in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2216. IN RE DISBARMENT OF SPRITZER. Henry M. Spritzer, of New Brunswick, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2217. IN RE DISBARMENT OF DRYER. Glen John Dryer, of Mountain View, Haw., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2218. IN RE DISBARMENT OF EZER. Jonathan James Ezer, of Bel Air, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 00M38. WORKMAN v. PALM BEACH COUNTY SHERIFF ET AL.;
No. 00M39. CRAWFORD v. GRAMEX CORP. ET AL.;
No. 00M40. OTALVARO-RIOS v. UNITED STATES;
No. 00M41. MATHIS, AKA MATHIES, AKA CENAULT v. UNITED STATES;
No. 00M42. PEDRAZA v. UNITED STATES;
No. 00M43. MELVIN v. ESTATE OF SIMPSON;
No. 00M44. NORWOOD v. INGALLS SHIPBUILDING, INC.;
No. 00M45. SMITH v. HENRY, WARDEN; and
No. 00M46. NEVIUS v. MCDANIEL, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 00M47. FORTI v. PIERSON ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 105, Orig. KANSAS v. COLORADO. Motion of the Special Master for fees and reimbursement of expenses granted, and the Special Master is awarded a total of $134,165.44 for the period February 1 through October 15, 2000, to be paid equally by the parties. [For earlier order herein, see, e. g., ante, p. 921.]